IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-01633-LTB-BNB

ANNABELLE D. MATA,

Plaintiff,

v.

JUDY SAIZ, and
DANA WELDON,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Motion for Order to Vacate Settlement Conference Scheduled for July 7, 2009** [docket no. 129, filed June 30, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for **July 7, 2009, at 1:30 p.m.**, is converted to a Status Conference. However, counsel are to bring their calendars and their clients' availability for the weeks of August 10 through 28, 2009, in order to reset this matter for a Settlement Conference.


DATED: July 1, 2009