IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-01633-LTB-BNB

ANNABELLE D. MATA,

Plaintiff,

v.

JUDY SAIZ, and
DANA WELDON,

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a status conference. Consistent with matters discussed during the status conference:

IT IS ORDERED that a settlement conference will be held on **August 19, 2009, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **August 17, 2009, at 12:00 noon**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that the final pretrial conference set for August 17, 2009, at

8:30 a.m., is VACATED and RESET to **August 21, 2009, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **August 20, 2009**.

Dated July 7, 2009.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge