IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-01633-LTB-BNB

ANNABELLE D. MATA,

Plaintiff,

v.

JUDY SAIZ, and
DANA WELDON,

Defendants.

_____

## ORDER
_____

The parties appeared this morning in connection with the status of the settlement of the case. Consistent with matters discussed this morning:

IT IS ORDERED that on or before **November 19, 2009**, the parties shall file a status report notifying me that a final, approved settlement agreement has been forwarded to Medicare authorities for review.

IT IS FURTHER ORDERED that on or before **January 6, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 19, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge