**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  01-cv-01633-LTB-BNB

ANNABELLE D. MATA,

      Plaintiff,

v.

JUDY SAIZ, and
DANA WELDON,

      Defendants.

_____

**ORDER**
_____

THE COURT, on review of the Joint Stipulated Motion to Dismiss Defendants Saiz and Weldon, with prejudice and to substitute the DOC as Defendant in this matter, submitted by the Parties, and being fully advised in the premises, and for good cause shown;

**HEREBY GRANTS** the motion and Orders: 1) that Defendants Saiz and Weldon are dismissed, with prejudice, each party to bear her or its own costs and fees, including attorney fees, in their entirety; and 2) that the Colorado Department of Corrections is substituted as a party Defendant in this matter.

DATED this 3rd day of December 2009.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge