**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  01-cv-01633-LTB-BNB

ANNABELLE D. MATA,

      Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

      THE COURT, following a review of the Joint Stipulated Motion to Dismiss, with prejudice, submitted by the parties in this matter,

    And being fully advised in the premises, and for good cause shown;

    HEREBY GRANTS said motion.  This Case is dismissed with prejudice, in its entirety, each party to bear their own costs and fees, including attorney fees, in their entirety.

    DATED this 16th day of December 2009.

                    BY THE COURT:


                     s/Lewis T. Babcock
                    Lewis T. Babcock, Judge